IN THE UNITED STATES DISTRICTCOURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FERNANDO EDUARDO LAGOS ARANA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALEJANDRO MAYORKAS, *Secretary of the* ) <br> *United States Department of Homeland Security*, et al., ) <br> ) <br> Defendants. ) | Case No. 3:23-cv-01368 <br> Judge Trauger <br> Magistrate Judge Frensley |

## **ORDER OF REMAND**

Pursuant to Defendants' Motion to Remand, the Court hereby ORDERS that:

(1)  This matter is remanded to U.S. Citizenship and Immigration Services ("USCIS") for adjudication, with USCIS to schedule a second interview for Plaintiff within thirty (30) days of this order;

(2)  If no additional issues arise requiring additional evidence from Plaintiff, USCIS will issue a decision on Plaintiff's application within seven (7) days of interview;

(3)  If Plaintiff's naturalization application is not adjudicated within thirty (30) days from this Order, Plaintiff may move to reopen this matter; and

(4)  The Clerk of Court is directed to close this case.

It is SO ORDERED.

_____
ALETA A. TRAUGER
United States District Judge